UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LIBORIO VALDEZ,

    Plaintiff,

v.

UNKNOWN BRAY, et al.,

    Defendants.

_____/

Case No. 2:21-cv-58

HON. JANE M. BECKERING

## **ORDER**

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed this civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 19). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 23) on July 22, 2022, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 19) is DENIED.

Dated: August 22, 2022

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge